UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SURFSIDE SOLUTIONS INC.,

Plaintiff,

-against-

PECOS VALLEY PRODUCTION, INC.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2026_____

25 Civ. 10750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Upon further review of Plaintiff's motion for default judgment against Defendant Pecos Valley Production, Inc. ("Pecos"), the Court determines, in its discretion, that Plaintiff's motion can be decided on the papers and a hearing on the motion is not necessary. *See, e.g.*, *U.S. Bank Nat'l Ass'n as Tr. for Holders of J.P. Morgan Chase Com. Mortg. Sec. Corp. v. Joeefi LLC*, No. 24 Civ. 3966, 2025 WL 1019112, at *4 (S.D.N.Y. Apr. 4, 2025) ("A district court is permitted, but not required, to conduct a hearing before ruling on a motion for default judgment." (citing *Finkel v. Romanowicz*, 577 F.3d 79, 87 (2d Cir. 2009)).

Accordingly, the hearing scheduled for June 15, 2026, at 12:00 p.m. is ADJOURNED *sine die*. To the extent an evidentiary hearing is required to determine damages, the Court shall set a date for the hearing in due course. *See Trs. of Loc. 7 Tile Indus. Welfare Fund v. Goal Enters., Inc.*, No. 20 Civ. 1958, 2022 WL 17820088, at *4 (E.D.N.Y. July 6, 2022) ("The Court may, but need not, hold a hearing to determine damages upon default judgment." (citing *Tamarin v. Adam Caterers, Inc.*, 13 F.3d 51, 53 (2d Cir. 1993) and Fed. R. Civ. P. 55(b)(2)).

By **May 22, 2026**, Plaintiff shall serve Pecos with a copy of this order. By **May 26, 2026**, Plaintiff shall file proof of service on the docket.

SO ORDERED.

Dated:  May 19, 2026
        New York, New York

ANALISA TORRES
United States District Judge